IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

GARY LINDALE HOLMES                                                                              PLAINTIFF

v.                                        Civil No. 06-1041

DEBBIE HOWARD, Jail Nurse;
SHERIFF KEN JONES; and the
UNION COUNTY CRIMINAL
JUSTICE CENTER                                                                                   DEFENDANTS

## JUDGMENT

Upon consideration of the defendants' motion for summary judgment motion (Doc. 14), the court finds for the reasons stated in a memorandum opinion of this same date that the motion should be and hereby is granted.  The case is dismissed with prejudice.

IT IS SO ORDERED this 14th day of February 2007.

/s/ *Harry F. Barnes*
HON. HARRY F. BARNES
UNITED STATES DISTRICT JUDGE

-1-

**AO72A**
**(Rev. 8/82)**